# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 05 CR 408 | DATE | February 29, 2012 |
| CASE TITLE | United States v. P. Nicholas Hurtgen | | |

**DOCKET ENTRY TEXT**

The motion of the defendant Hurtgen to dismiss Count VII of the Second superseding Indictment [379] is granted, and Count VII is dismissed with prejudice.  ENTER ORDER.

__X__ [ For further details see attached.]

Docketing to mail notices.

:00

**STATEMENT**